JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MILTON DAVIS, JR., <br> Plaintiff, <br> v. <br> COUNTY OF SAN BERNARDINO, et al., <br> Defendants. | Case No. EDCV 18-1325 JFW(JC) <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to comply with Rule 10 of the Federal Rules of Civil Procedure, his failure to state a claim upon which relief can be granted, his failure to comply with the July 17, 2018 Order Dismissing Complaint with Leave to Amend (with the extended deadline afforded by the August 6, 2018 Order), and his failure diligently to prosecute.

IT IS SO ADJUDGED.

DATED: September 18, 2018

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE